United States District Court

For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ANTONIO ACOSTA,                          )     No. C 07-0342 MMC (PR)
                                         )
            Petitioner,                  )     **ORDER OF DISMISSAL WITH LEAVE**
                                         )     **TO FILE SIGNED AMENDED**
      v.                                 )     **PETITION; GRANTING LEAVE TO**
                                         )     **PROCEED IN FORMA PAUPERIS**
TONY HEDGPETH,                           )
                                         )
            Respondent.                  )     **(Docket No. 2)**
_____          )

On January 18, 2007, petitioner, a California prisoner proceeding pro se, filed the
above-titled petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  He has
applied for leave to proceed in forma pauperis.

Petitioner has not signed his petition.  Pursuant to Rule 11, every pleading, written
motion, or other paper filed in an action shall be signed by the party's attorney or, "if the
party is not represented by an attorney, shall be signed by the party."  Fed. R. Civ. P. 11(a).
An unsigned paper shall be stricken unless omission of the signature is corrected promptly
after being called to the attention of the party.  Id.

Accordingly, this action is DISMISSED with leave to file a signed amended petition
within **thirty (30) days** of the date this order is filed.  Petitioner's amended petition shall be
filed on the Court's form for habeas petitions.  The amended petition must include the caption
and civil case number used in this order (No. C 07-0342 MMC (PR)) and the words
AMENDED PETITION on the first page.

**Petitioner must include in the amended petition all the claims he wishes to**
**present, and he may not include any unexhausted claims or incorporate material from**

1   **prior petitions by reference. Failure to file an amended petition in conformity with this**

2   **order shall result in the dismissal of this action without prejudice.**

3          In light of petitioner's lack of funds, the application to proceed in forma pauperis is

4   GRANTED.

5          This order terminates Docket No. 2.

6          IT IS SO ORDERED.

7   DATED: May 24, 2007

8                                                     _____
                                                      MAXINE M. CHESNEY
9                                                     United States District Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**United States District Court**
For the Northern District of California

2