IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTONIO ACOSTA, ) | No. C 07-0342 MMC (PR) |
| Petitioner, ) | **ORDER GRANTING EXTENSION OF TIME** |
| v. ) | |
| TONY HEDGPETH, ) | **(Docket No. 5)** |
| Respondent. ) | |
| _____ ) | |

    Good cause appearing, petitioner's request for an extension of time, to and including July 29, 2007, in which to file an amended petition is GRANTED.

    **Petitioner must include in the amended petition all the claims he wishes to present, and he may not include any unexhausted claims or incorporate material from prior petitions by reference. Failure to file an amended petition in conformity with this order shall result in the dismissal of this action without prejudice.**

    This order terminates Docket No. 5.

    IT IS SO ORDERED.

DATED: June 27, 2007

                                          _/s/ Maxine M. Chesney_
                                          MAXINE M. CHESNEY
                                          United States District Judge