IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ANTONIO ACOSTA, | ) | No. C 07-0342 MMC (PR) |
| | ) | |
| Petitioner, | ) | **ORDER OF DISMISSAL** |
| | ) | |
| v. | ) | |
| | ) | **(Docket No. 8)** |
| TONY HEDGPETH, | ) | |
| | ) | |
| Respondent. | ) | |
| _____ | ) | |

On January 18, 2007, petitioner, a California prisoner proceeding pro se, filed the above-titled petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. In an order filed May 24, 2007, the Court granted petitioner leave to proceed in forma pauperis. In that same order, the Court dismissed the action because petitioner had not signed the petition, as is required by Rule 11 of the Federal Rules of Civil Procedure.

The Court granted petitioner leave to file a signed amended petition within thirty days. The Court made clear to petitioner that his failure to file a signed amended petition would result in the dismissal of this action without prejudice.

On July 5, 2007, petitioner filed an amended petition. Petitioner used the Court's form for habeas petitions, but, once again, he did not sign the petition, despite the Court's explicit instructions that he must do so. Accordingly, the Court will STRIKE the petition, because it fails to comply with the requirements of Rule 11. See Fed. R. Civ. P. 11(a). The action is hereby DISMISSED without prejudice to petitioner's filing a new action with a properly signed petition..

On July 9, 2007, petitioner filed a motion for leave to proceed in forma pauperis. The

1  Court has already granted petitioner leave to proceed in forma pauperis.  Accordingly, the
2  motion is DENIED as moot.  (Docket No. 8.)
3        The Clerk of Court shall close the file.
4        This order terminates Docket No. 8.
5        IT IS SO ORDERED.
6  DATED: August 27, 2007

_____
MAXINE M. CHESNEY
United States District Judge